UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONRAD STIMSON, | Case No.  2:26-cv-00393-DJC-CKD (PS) |
| Plaintiff, | ORDER |
| v. | (ECF No. 14.) |
| CALIFORNIA TEACHERS CREDENTIALING COMMISSION, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On March 13, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 14), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On March 25, 2026, Plaintiff filed objections to the findings and recommendations (ECF No. 21), including that the magistrate judge applied the wrong irreparable harm standard and that Plaintiff's motion satisfied all four *Winter* factors. The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.  The Court has carefully reviewed the file, including Plaintiff's objections, and

1

finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 14) are ADOPTED IN FULL;

2.    Plaintiff's motion for a temporary restraining order (ECF No. 8) is DENIED; and

3.    This matter is referred back to the assigned Magistrate Judge

IT IS SO ORDERED.

Dated:  __**April 29, 2026**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/stim26cv0393.JO.obj

2