UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KONRAD ALEXANDER STIMSON,

Plaintiffs,

v.

CALIFORNIA COMMISSION ON TEACHER CREDENTIALING, et al.,

Defendants.

Case No. 2:26-cv-00393-DJC-CKD (PS)

ORDER

(ECF No. 79.)

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On July 27, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 79), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 4, 2026, Plaintiff filed objections to the findings and recommendations (ECF No. 82). The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and

recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Arizona State Board of Education's motion to dismiss Plaintiff's Section 1983 and 1985 claims (ECF No. 45) is GRANTED and the claims are DISMISSED without leave to amend;

2. Plaintiff's Section 1983 and 1985 claims against Defendant California Commission on Teacher Credentialing are DISMISSED without leave to amend;

3. Defendants California Commission on Teacher Credentialing and Arizona State Board of Education's motions to abstain (ECF Nos. 27, 45) are GRANTED and the remaining action associated with Plaintiff's Title IX claim against Defendants California Commission on Teacher Credentialing and Arizona State Board of Education be STAYED via a *Younger* abstention pending the resolution of the matters *Stimson v. Commission on Teacher Credentialing*, Sacramento County Superior Court Case No. 26WM00054 and *Stimson v. Arizona State Board of Education*, Maricopa County Superior Court Case No. LC2026-00051-001.

4. Defendant California Commission on Teacher Credentialing's requests to stay this action under *Burford* and *Colorado River* (ECF No. 27) are DENIED;

5. The following motions are DENIED without prejudice:

a. Plaintiff's motion for a preliminary injunction and motion to compel production of audio recording, and request for judicial correction of counsel (ECF No. 31);

b. Plaintiff's supplemental preliminary injunction (ECF No. 48);

c. Plaintiff's motion for sanctions (ECF No. 51);

d. Plaintiff's "Motion for Equal Application of Procedural Standards Governing Default and Relief from Default" (ECF No. 56); and

////

////

////

6. The parties are required to file a status report as to the status of the state court actions every ninety (90) days from the date of this order.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/stim26cv393.JO.obj